*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

ALEXIS CHRISTINE WELSH,

Defendant-Appellant.

UNPUBLISHED
June 18, 2019

No. 341519
Saginaw Circuit Court
LC No. 17-043726-FC

Before: METER, P.J., and JANSEN and M. J. KELLY, JJ.

METER, P.J. (*concurring in part, dissenting in part*).

I concur with the majority's affirmation of defendant's convictions and its resolution of the majority of the issues in this case. On the scoring of Offense Variable 6, however, I dissent for the reasons stated in *People v Tarver*, unpublished per curiam opinion of the Court of Appeals, issued August 7, 2012 (Docket No. 300775), p 6. Accordingly, I would affirm defendant's sentences.

/s/ Patrick M. Meter